# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Alex R. Nagy and Deborah L. Nagy<br>　　　　Debtor(s) | CHAPTER 13<br><br>BKY. NO. 14-24608 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of MidFirst Bank, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 1158

                            Respectfully submitted,

                            **/s/ James C. Warmbrodt, Esquire**
                            James C. Warmbrodt, Esquire
                            jwarmbrodt@kmllawgroup.com
                            Attorney I.D. No. 42524
                            KML Law Group, P.C.
                            701 Market Street, Suite 5000
                            Philadelphia, PA 19106
                            Phone: 215-825-6306
                            Fax: 215-825-6406
                            Attorney for Movant/Applicant