# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | |
| ALEX R. NAGY | Case No. 14-24608JAD |
| DEBORAH L. NAGY | |
| Debtor(s) | Chapter 13 |
| RONDA J. WINNECOUR, | |
| Standing Chapter 13 Trustee, | |
| Movant | Document No __ |
| vs. | |
| MIDFIRST BANK SSB* | |
| Respondents | |

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

MIDFIRST BANK SSB*  
ATTN BANKRUPTCY TRUSTEE PMTS*  
999 NW GRAND BLVD STE 100  
OKLAHOMA CITY, OK 73118

Court claim# 11-2/Trustee CID# 34

The Movant further certifies that on 12/07/2017, copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc: debtor(s)  
    original creditor  
    putative creditor  
    counsel for debtor(s)  
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour  
RONDA J WINNECOUR PA ID #30399  
CHAPTER 13 TRUSTEE WD PA  
600 GRANT STREET  
SUITE 3250 US STEEL TWR  
PITTSBURGH, PA  15219  
(412) 471-5566  
cmecf@chapter13trusteewdpa.com

DEBTOR(S):
ALEX R. NAGY, DEBORAH L. NAGY,
823 DAVIS AVENUE, MCKEES
ROCKS, PA  15136

ORIGINAL CREDITOR:
MIDFIRST BANK SSB*, ATTN
BANKRUPTCY TRUSTEE PMTS*, 999
NW GRAND BLVD STE 100,
OKLAHOMA CITY, OK  73118

NEW CREDITOR:

DEBTOR'S COUNSEL:
KENNETH STEIDL ESQ, STEIDL &
STEINBERG, 707 GRANT ST STE
2830, PITTSBURGH, PA  15219

ORIGINAL CREDITOR'S COUNSEL:
ANDREW F GORNALL ESQ, KML LAW
GROUP PC, 701 MARKET ST STE
5000, PHILADELPHIA, PA  19106