**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| ALEX R. NAGY | Case No. 14-24608JAD |
| DEBORAH L. NAGY | |
| Debtor(s) | |
| RONDA J. WINNECOUR, | Chapter 13 |
| Standing Chapter 13 Trustee, | |
| Movant | Document No __ |
| vs. | |
| MIDFIRST BANK SSB* | |
| Respondents | |

**NOTICE OF FUNDS ON RESERVE**

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

The creditor has informed the Trustee that the account has been paid in full. No further payments will be issued on this debt unless the creditor provides timely notice to the Trustee that this information was in error and acknowledges that it will accept future payments.

| | |
|---|---|
| MIDFIRST BANK SSB* | Court claim# 11-2/Trustee CID# 33 |
| ATTN BANKRUPTCY TRUSTEE PMTS* | |
| 999 NW GRAND BLVD STE 100 | |
| OKLAHOMA CITY, OK 73118 | |

The Movant further certifies that on 12/07/2017 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc: debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

| | |
|---|---|
| DEBTOR(S):<br>ALEX R. NAGY, DEBORAH L. NAGY,<br>823 DAVIS AVENUE, MCKEES<br>ROCKS, PA  15136 | DEBTOR'S COUNSEL:<br>KENNETH STEIDL ESQ, STEIDL &<br>STEINBERG, 707 GRANT ST STE<br>2830, PITTSBURGH, PA  15219 |
| ORIGINAL CREDITOR:<br>MIDFIRST BANK SSB*, ATTN<br>BANKRUPTCY TRUSTEE PMTS*, 999<br>NW GRAND BLVD STE 100,<br>OKLAHOMA CITY, OK  73118 | |
| NEW CREDITOR: | |