IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| Alex R. Nagy ) | Case No. 14-24608 JAD |
| Deborah L. Nagy ) | |
|    Debtors ) | Chapter 13 |
| ) | Document No. 83 |
| Steidl and Steinberg, P.C. ) | |
|    Applicant ) | |
| ) | |
|    vs. ) | |
| ) | |
| Office of the U.S. Trustee, Ronda J. Winnecour, ) | |
| Trustee, AAS Debt Recovery, Allegheny ) | |
| Redevelopment Authority, Allied Adjusters, Capital ) | |
| One, Capital One/Sears, Care Credit/Synchrony Bank, ) | |
| Chase, Chase-BP, CitiBank, Clearview FCU, Collection ) | |
| SVC Center, Creditech, Davis & Davis Attorneys, EOS ) | |
| CCA, Equitable Gas Co., Jefferson Capital Systems, ) | |
| First Select Inc., HSN Shopping, CitiBank, JC Penney, ) | |
| MidFirst Bank, Midland Funding, Midland Mortgage, ) | |
| NTB Credit Plan, PRA Receivables Management, PA ) | |
| Dept. of Revenue,, Portfolio Recovery Assoc., ) | |
| Quantum3 Group, SYNCB/Sam's Club, Springleaf ) | |
| Financial Services, Stoneleigh Recovery Associates, ) | |
| TD Bank USA, Target Card, Trident Asset Management ) | |
|    Respondents ) | |

## **ORDER OF COURT**

AND NOW, to-wit this __27th__ day of __March__, 2019, after consideration of the Application for Final Compensation by Counsel for Debtors it is hereby ORDERED, ADJUDGED and DECREED that:

1) The Application for Final Compensation is approved in the additional amount of $3,680.00 for work performed in the Chapter 13 case by Debtors' counsel from October 31, 2014, to February 21, 2019.

2) The Debtors paid their counsel for administrative costs and expenses totaling $500.00 prior to case filing. Expenses reimbursement of $0.00 is being requested here.

3) Before the approval of this Fee Application, the Debtors' counsel was paid an $600.00 retainer prior to filing and has been paid, or is approved (in prior plan(s)) to be paid, $3,400.00 by the Chapter 13 Trustee. With the approval of this Fee Application, the total amount of allowed fees in this case for Debtor's counsel is $7,680.00, with the total to be paid through the Plan by the Trustee being $6,400.00 (representing the $3,400.00 previously approved to be paid (as set forth above), and an additional $3,000.00 that was approved as part of the Amended Plan dated April 8, 2016 (at Doc. 59) which was confirmed on June 15, 2016, (at Doc. 66),

4) The fees requested will not decrease the amount to be paid to other creditors being paid through the Chapter 13 Plan;

5) The clerk shall record the total compensation as $3,680.00.

FURTHER ORDERED:  n/a

3/27/2019                                                      _____ J.
                                                                                         jsf

FILED
3/27/19 2:44 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
In re:                                                              Case No. 14-24608-JAD
Alex R. Nagy                                                        Chapter 13
Deborah L. Nagy
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-2         User: lfin               Page 1 of 1             Date Rcvd: Mar 27, 2019
                             Form ID: pdf900         Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 29, 2019.
db/jdb         +Alex R. Nagy,    Deborah L. Nagy,    823 Davis Avenue,    Mc Kees Rocks, PA 15136-2601

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 27, 2019 at the address(es) listed below:
```
              Andrew F Gornall    on behalf of Creditor    MIDFIRST BANK andygornall@latouflawfirm.com
              James   Warmbrodt    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
              Kenneth   Steidl    on behalf of Joint Debtor Deborah L. Nagy julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
               eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
               inberg.com
              Kenneth   Steidl    on behalf of Plaintiff Deborah L. Nagy julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
               eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
               inberg.com
              Kenneth   Steidl    on behalf of Debtor Alex R. Nagy julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
               eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
               inberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Reed James Davis    on behalf of Creditor    Davis Davis Attorneys Trustee ks@davislawgroup.co,
               rd@davislawgroup.us;lrn@davislawgroup.co
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 11
```