# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

10/10/2019

IN RE:

ALEX R. NAGY                                    Case No.14-24608 JAD
DEBORAH L. NAGY
823 DAVIS AVENUE                                Chapter 13
MCKEES ROCKS,  PA  15136
XXX-XX-2976          Debtor(s)

XXX-XX-4955

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

10/10/2019

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

---

| BERNSTEIN-BURKLEY PC (FORMERLY FOR PET | Trustee Claim Number:1   INT %: 0.00% | CRED DESC:  NOTICE ONLY |
|---|---|---|
| 2200 GULF TOWER | Court Claim Number: | ACCOUNT NO.: |
| 707 GRANT ST | | |
| | CLAIM:  0.00 | |
| PITTSBURGH, PA  15219 | COMMENT:  DUQ LITE/PRAE | |

---

| ALLEGHENY COUNTY REDEVELOPMENT AUTH( | Trustee Claim Number:2   INT %: 0.00% | CRED DESC:  MORTGAGE PAID IN FULL |
|---|---|---|
| ONE CHATHAM CENTER STE 900 | Court Claim Number:NC | ACCOUNT NO.:  5DCA |
| 112 WASHINGTON PLACE | | |
| | CLAIM:  1,071.72 | |
| PITTSBURGH, PA  15219 | COMMENT:  @0%MDF/PL | |

---

| MIDFIRST BANK SSB* | Trustee Claim Number:3   INT %: 10.00% | CRED DESC:  MORTGAGE PAID IN FULL |
|---|---|---|
| ATTN BANKRUPTCY TRUSTEE PMTS* | Court Claim Number:11-2 | ACCOUNT NO.:  1158 |
| 999 NW GRAND BLVD STE 100 | | |
| | CLAIM:  6,635.44 | |
| OKLAHOMA CITY, OK  73118 | COMMENT:  CL11-2GOV@10%MDF/PL*AMD*BGN 12/14*PIF/CR/LTR*SATISFRCN 10-31-17 | |

---

| PRA RECEIVABLES MANAGEMENT LLC - AGNT | Trustee Claim Number:4   INT %: 5.00% | CRED DESC:  SECURED CREDITOR |
|---|---|---|
| PO BOX 12914 | Court Claim Number:1 | ACCOUNT NO.:  7105 |
| | CLAIM:  930.64 | |
| NORFOLK, VA  23541 | COMMENT:  941.85@5%MDF/PL*PRO RATA*FR SPRINGLEAF-DOC 70 | |

---

| ALLIED ADJUSTORS | Trustee Claim Number:5   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| PO BOX 1006 | Court Claim Number:10 | ACCOUNT NO.:  1724 |
| | CLAIM:  24.00 | |
| ALIQUIPPA, PA  15001 | COMMENT:  221724*BRIGHTON RADIOLOGY | |

---

| CAPITAL ONE BANK NA** | Trustee Claim Number:6   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| C/O AMERICAN INFOSOURCE LP - AGENT | Court Claim Number:8 | ACCOUNT NO.:  6734 |
| POB 71083 | | |
| | CLAIM:  410.47 | |
| CHARLOTTE, NC  28272-1083 | COMMENT:  SEARS | |

---

| CARE CREDIT | Trustee Claim Number:7   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| 950 FORRER BLVD | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| KETTERING, OH  45420 | COMMENT:  NT ADR/SCH | |

---

| CHASE/JPMORGAN CHASE(*)++ | Trustee Claim Number:8   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| POB 17055  *CARDMEMBER SRVCS | Court Claim Number: | ACCOUNT NO.:  8746 |
| ATN BKRPTCY TRSTEE PMT PRCSSNG | | |
| | CLAIM:  0.00 | |
| WILMINGTON, DE  19850-7055 | COMMENT: | |

---

| CHASE/JPMORGAN CHASE(*)++ | Trustee Claim Number:9   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| POB 17055  *CARDMEMBER SRVCS | Court Claim Number: | ACCOUNT NO.:  5260 |
| ATN BKRPTCY TRSTEE PMT PRCSSNG | | |
| | CLAIM:  0.00 | |
| WILMINGTON, DE  19850-7055 | COMMENT: | |

---

| JEFFERSON CAPITAL SYSTEMS LLC* | Trustee Claim Number:10   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| PO BOX 772813 | Court Claim Number:6 | ACCOUNT NO.:  4925 |
| | CLAIM:  2,204.99 | |
| CHICAGO, IL  60677-2813 | COMMENT:  2609/SCH*2658726069*CITIBANK*FOURSCORE RESOURCE CAPITAL*STALE | |

| CITIBANK NA(*)++ | Trustee Claim Number:11 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| 4740 121ST ST | Court Claim Number: | ACCOUNT NO.: 1838 |
| | CLAIM: 0.00 | |
| URBANDALE, IA 50323 | COMMENT: | |

| CLEARVIEW FCU** | Trustee Claim Number:12 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| 8805 UNIVERSITY BLVD | Court Claim Number:2 | ACCOUNT NO.: 0392 |
| | CLAIM: 4,062.41 | |
| MOON TWP, PA 15108-4212 | COMMENT: | |

| COLLECTION SERVICE CENTER INC | Trustee Claim Number:13 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| 832 5TH AVE - CORPORATE OFFICE POB 560 | Court Claim Number: | ACCOUNT NO.: MIK7 |
| | CLAIM: 0.00 | |
| NEW KENSINGTON, PA 15068 | COMMENT: | |

| COLLECTION SERVICE CENTER INC | Trustee Claim Number:14 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| 832 5TH AVE - CORPORATE OFFICE POB 560 | Court Claim Number: | ACCOUNT NO.: OWV7 |
| | CLAIM: 0.00 | |
| NEW KENSINGTON, PA 15068 | COMMENT: | |

| CREDITECH | Trustee Claim Number:15 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| POB 99* | Court Claim Number: | ACCOUNT NO.: 2628 |
| | CLAIM: 0.00 | |
| BANGOR, PA 18013 | COMMENT: | |

| DAVIS LAW GROUP | Trustee Claim Number:16 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| 393 VANADIUM RD STE 301 | Court Claim Number:3 | ACCOUNT NO.: 0229 |
| | CLAIM: 4,204.25 | |
| PITTSBURGH, PA 15243 | COMMENT: AVD/DOE*AR 00 000229*JUDGMENT | |

| JEFFERSON CAPITAL SYSTEMS LLC* | Trustee Claim Number:17 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| PO BOX 772813 | Court Claim Number:7 | ACCOUNT NO.: 2818 |
| | CLAIM: 784.47 | |
| CHICAGO, IL 60677-2813 | COMMENT: 3516/SCH*3103158706*ATT MOBILITY*COLLECTO US ASSET MANAGEMENT | |

| JEFFERSON CAPITAL SYSTEMS LLC* | Trustee Claim Number:18 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| PO BOX 772813 | Court Claim Number:5 | ACCOUNT NO.: 3074 |
| | CLAIM: 296.31 | |
| CHICAGO, IL 60677-2813 | COMMENT: FINGERHUT DIRECT MARKETING*STALE | |

| FIRST SELECT CORPORATION | Trustee Claim Number:19 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| 10400 LINN STATION RD #320 | Court Claim Number: | ACCOUNT NO.: 0229 |
| | CLAIM: 0.00 | |
| LOUISVILLE, KY 40223 | COMMENT: NT ADR/SCH | |

| PORTFOLIO RECOVERY ASSOCIATES, LLC | Trustee Claim Number:20 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| PO BOX 12914 | Court Claim Number:12 | ACCOUNT NO.: 2650 |
| | CLAIM: 1,419.59 | |
| NORFOLK, VA 23541 | COMMENT: THE HOME DEPOT | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **QUANTUM3 GROUP LLC - AGENT COMENITY CA** | Trustee Claim Number:21  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 788 | Court Claim Number:9 | ACCOUNT NO.:  1380 |
| | CLAIM:  130.45 | |
| KIRKLAND, WA  98083-0788 | COMMENT:  HSN | |

| | | |
|---|---|---|
| **PORTFOLIO RECOVERY ASSOCIATES, LLC** | Trustee Claim Number:22  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 12914 | Court Claim Number:13 | ACCOUNT NO.:  3178 |
| | CLAIM:  1,182.98 | |
| NORFOLK, VA  23541 | COMMENT:  8934/SCH*JCP~SYNCHRONY BANK | |

| | | |
|---|---|---|
| **MIDLAND FUNDING** | Trustee Claim Number:23  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 2011 | Court Claim Number: | ACCOUNT NO.:  8558 |
| | CLAIM:  0.00 | |
| WARREN, MI  48090 | COMMENT:  AVD/DOE | |

| | | |
|---|---|---|
| **PORTFOLIO RECOVERY ASSOCIATES, LLC** | Trustee Claim Number:24  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 12914 | Court Claim Number:14 | ACCOUNT NO.:  8746 |
| | CLAIM:  228.49 | |
| NORFOLK, VA  23541 | COMMENT:  NTB~CITIBANK | |

| | | |
|---|---|---|
| **STONELEIGH RECOVERY ASSOC LLC** | Trustee Claim Number:25  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 1441 | Court Claim Number: | ACCOUNT NO.:  2001 |
| | CLAIM:  0.00 | |
| LOMBARD, IL  60148-8441 | COMMENT:  NT ADR/SCH | |

| | | |
|---|---|---|
| **PORTFOLIO RECOVERY ASSOCIATES, LLC** | Trustee Claim Number:26  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 12914 | Court Claim Number:15 | ACCOUNT NO.:  3688 |
| | CLAIM:  361.09 | |
| NORFOLK, VA  23541 | COMMENT:  7467/SCH*SAMS CLUB | |

| | | |
|---|---|---|
| **TD BANK USA NA**\*\* | Trustee Claim Number:27  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O WEINSTEIN & RILEY PS | Court Claim Number:4 | ACCOUNT NO.:  5490 |
| PO BOX 3978 | | |
| | CLAIM:  195.48 | |
| SEATTLE, WA  98124 | COMMENT:  3981/SCH | |

| | | |
|---|---|---|
| **TRIDENT ASSET MGMT++** | Trustee Claim Number:28  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 5755 NORTH POINT PKWY STE 12 | Court Claim Number: | ACCOUNT NO.:  0515 |
| | CLAIM:  0.00 | |
| ALPHARETTA, GA  30022 | COMMENT:  NT ADR/SCH | |

| | | |
|---|---|---|
| **S JAMES WALLACE ESQ** | Trustee Claim Number:29  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| 845 NORTH LINCOLN AVE | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| PITTSBURGH, PA  15233 | COMMENT:  EQUITABLE GAS/PRAE | |

| | | |
|---|---|---|
| **ANDREW F GORNALL ESQ** | Trustee Claim Number:30  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| KML LAW GROUP PC | Court Claim Number: | ACCOUNT NO.: |
| 701 MARKET ST STE 5000 | | |
| | CLAIM:  0.00 | |
| PHILADELPHIA, PA  19106 | COMMENT:  MIDFIRST/PRAE | |

| **MIDFIRST BANK SSB*** | Trustee Claim Number:31  INT %:  0.00% | CRED DESC:  MORTGAGE ARR. |
|---|---|---|
| ATTN BANKRUPTCY TRUSTEE PMTS* | Court Claim Number:11-2 | ACCOUNT NO.:  1158 |
| 999 NW GRAND BLVD STE 100 | | |
| | CLAIM:  0.00 | |
| OKLAHOMA CITY, OK  73118 | COMMENT:  PIF @ 3*THRU 11/14 | |

| **MIDFIRST BANK SSB*** | Trustee Claim Number:32  INT %:  0.00% | CRED DESC:  Post Petition Escrow |
|---|---|---|
| ATTN BANKRUPTCY TRUSTEE PMTS* | Court Claim Number:11-2 | ACCOUNT NO.:  1158 |
| 999 NW GRAND BLVD STE 100 | | |
| | CLAIM:  3,499.94 | |
| OKLAHOMA CITY, OK  73118 | COMMENT:  PMT/CONF*NT PROV/PL*107.02 X (60+2)=LMT*BGN 12/14*DKT*SATISFACTION FILE | |

| **MIDFIRST BANK SSB*** | Trustee Claim Number:33  INT %:  0.00% | CRED DESC:  MORTGAGE ARR. |
|---|---|---|
| ATTN BANKRUPTCY TRUSTEE PMTS* | Court Claim Number:11-2 | ACCOUNT NO.:  1158 |
| 999 NW GRAND BLVD STE 100 | | |
| | CLAIM:  0.00 | |
| OKLAHOMA CITY, OK  73118 | COMMENT:  TTL CL @ 3 | |

| **MIDFIRST BANK SSB*** | Trustee Claim Number:34  INT %:  0.00% | CRED DESC:  Post Petition Claim (1305) |
|---|---|---|
| ATTN BANKRUPTCY TRUSTEE PMTS* | Court Claim Number:11-2 | ACCOUNT NO.:  1158 |
| 999 NW GRAND BLVD STE 100 | | |
| | CLAIM:  0.00 | |
| OKLAHOMA CITY, OK  73118 | COMMENT:  $/PL-NTC*NTC POSTPET FEES/EXP*REF CL*W/3,32,33*SATISFACTN FILED 10-31-1 | |

| **MIDFIRST BANK SSB*** | Trustee Claim Number:35  INT %:  0.00% | CRED DESC:  Post Petition Claim (1305) |
|---|---|---|
| ATTN BANKRUPTCY TRUSTEE PMTS* | Court Claim Number:11-2 | ACCOUNT NO.:  1158 |
| 999 NW GRAND BLVD STE 100 | | |
| | CLAIM:  0.00 | |
| OKLAHOMA CITY, OK  73118 | COMMENT:  NT/PL*NTC-POSTPET FEE/EXP*SUPPLEMENTAL REF CL*W/3,32,33*SATISFACTN F | |