**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>　ALEX R. NAGY<br>DEBORAH L. NAGY<br>　　　　Debtor(s)<br>　Ronda J. Winnecour, Trustee<br>　　Movant<br>　　vs.<br>　ALEX R. NAGY<br>DEBORAH L. NAGY<br><br>　　　　Respondents | Case No. 14-24608JAD<br><br>Chapter 13<br><br>Related to<br>Document No. __92__ |

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this ___20th___ day of _December_, 20_19_ it is hereby ORDERED, ADJUDGED, and DECREED that,

　　　　Alco Parking Corporation
　　　　Attn: Payroll Manager
　　　　501 Martindale St
　　　　Pittsburgh, PA 15212

is hereby ordered to immediately terminate the attachment of the wages of ALEX R. NAGY, social security number XXX-XX-2976. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of ALEX R. NAGY.

BY THE COURT:

_____sjk_____
UNITED STATES BANKRUPTCY JUDGE
Jeffery A. Deller

cc: Debtor(s)
　　Debtor(s) Attorney
　　Debtor(s) Employer

FILED
12/20/19 7:43 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania
In re:                                                                  Case No. 14-24608-JAD
Alex R. Nagy                                                            Chapter 13
Deborah L. Nagy
         Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: dpas                 Page 1 of 1             Date Rcvd: Dec 20, 2019
                              Form ID: pdf900            Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2019.
db/jdb         +Alex R. Nagy,    Deborah L. Nagy,    823 Davis Avenue,    Mc Kees Rocks, PA 15136-2601

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2019                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2019 at the address(es) listed below:
```
              Andrew F Gornall    on behalf of Creditor    MIDFIRST BANK andygornall@latouflawfirm.com
              James  Warmbrodt    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
              Kenneth  Steidl    on behalf of Joint Debtor Deborah L. Nagy julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
               eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
               inberg.com
              Kenneth  Steidl    on behalf of Plaintiff Deborah L. Nagy julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
               eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
               inberg.com
              Kenneth  Steidl    on behalf of Debtor Alex R. Nagy julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
               eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
               inberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Reed James Davis    on behalf of Creditor    Davis Davis Attorneys Trustee ks@davislawgroup.co,
               rd@davislawgroup.us;lrn@davislawgroup.co
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                                 TOTAL: 11
```