**Form 408**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Alex R. Nagy**
**Deborah L. Nagy**
**fka Deborah L. Hill**
   Debtor(s)

Bankruptcy Case No.: 14−24608−JAD

Chapter: 13
Docket No.: 98 − 96

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

   **AND NOW,** this The 27th of December, 2019, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

   **IT IS HEREBY ORDERED THAT:**

   1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 1/28/20.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

   2. Said Motion is scheduled for hearing on **2/7/20 at 11:00 AM in Courtroom D, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

   3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

      **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

      In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

   4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

   5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **1/28/20.**

                                                      Jeffery A. Deller
                                                      United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 14-24608-JAD
Alex R. Nagy                                                          Chapter 13
Deborah L. Nagy
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: jfur              Page 1 of 2           Date Rcvd: Dec 27, 2019
                              Form ID: 408            Total Noticed: 43

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 29, 2019.
```
db/jdb         +Alex R. Nagy,    Deborah L. Nagy,    823 Davis Avenue,    Mc Kees Rocks, PA 15136-2601
cr             +Davis Davis Attorneys Trustee,    c/o Davis Law Group,    393 Vanadium Road, Suite 301,
                 Pittsburgh, PA 15243-1478
cr             +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
                 Pittsburgh, PA 15212-5860
13958038       +AAS Debt Recovery,    PO Box 129,   Monroeville, PA 15146-0129
13958040      ++ALLIED ADJUSTORS INC,    PO BOX 1006,   ALIQUIPPA PA 15001-0806
                 (address filed with court: Allied Adjustors,    845 23rd Street,    Aliquippa, PA 15001)
13958039       +Allegheny County Redevelopment Authority,    One Chatham Center, Suite 900,
                 112 Washington Place,    Pittsburgh, PA 15219-3458
13997593       +Allied Adjusters Inc.,    P.O. Box 1006,   Aliquippa, PA 15001-0806
13958057      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                 (address filed with court: Home Depot,    Po Box 182676,    Columbus, OH 43218-2676)
13958049      ++COLLECTION SERVICE CENTER INC BUTLER PA,    PO BOX 1623,    BUTLER PA 16003-1623
                 (address filed with court: Collection Service Center,    PO Box 1623,    Butler, PA 16003)
13958041        Capital One/Sears,    PO Box 30285,   Salt Lake City, UT 84130-0285
13958043       +Chase,    c/o Northland Group Inc,    PO Box 390846,    Minneapolis, MN 55439-0846
13958044        Chase-BP,    Cardmember Service,    P.O. Box 15153,    Wilmington, DE 19886-5153
13958046        Citibank,    Meridian Center,    Two Industrial Way West,    PO Box 500,
                 Eatontown, NJ 07724-0500
13958047        Citibank,    c/o Hayt, Hayt & Landau LLC,    Two Industrial Way West,    PO Box 500,
                 Eatontown, NJ 07724-0500
13958051       +Creditech,    50 N. 7th Street,    Bangor, PA 18013-1791
13963043       +Davis Davis Attorneys Trustee,    393 Vanadium Road, Suite 301,    Pittsburgh PA 15243-1478
13958052       +Davis, Davis Attorneys,    393 Vanadium Road,    Suite 300,   Pittsburgh, PA 15243-1478
13958053        EOS CCA,    700 Longwater Drive,    Norwell, MA 02061-1624
13958055       +First Select Inc.,    Davis & Davis Attorney Trustee,    393 Vanadium Road,
                 Pittsburgh, PA 15243-1427
13958056       +First Select Inc.,    5040 Johnson Drive,    Pleasanton, CA 94588-3333
13958058        HSN Shopping,    PO Box 59707,    San Antonio, TX 78265-9709
14002245       +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
13958061       +Midland Funding LLC,    c/o Law Offices of Hayt, Hayt & Landau,    123 Broad Street,   Suite 1600,
                 Philadelphia, PA 19109-1037
13958062        Midland Mortgage,    PO Box 26648,    Oklahoma City, OK 73126-0648
13958063        NTB Credit Plan,    PO Box 6497,    Sioux Falls, SD 57117-6497
13958065        Stoneleigh Recovery Associates,    c/o Conseco Associates,    PO box 1479,
                 Lombard, IL 60148-8479
13958067       +Target Card,    PO Box 660170,    Dallas, TX 75266-0170
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 28 2019 02:28:40
                 PRA Receivables Management, LLC,    PO Box 41067,    Norfolk, VA 23541-1067
13990173        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 28 2019 02:28:36      Capital One, N.A.,
                 PO Box 71083,    Charlotte, NC  28272-1083
13958042        E-mail/PDF: gecsedi@recoverycorp.com Dec 28 2019 02:27:18      Care Credit/Synchrony Bank,
                 PO Box 965033,    Orlando, FL 32896-5033
13958045       +E-mail/Text: JCAP_BNC_Notices@jcap.com Dec 28 2019 02:25:26      Citibank,
                 c/o Jefferson Capital Systems LLC,    16 McLeland Rd,    Saint Cloud, MN 56303-2198
13958048        E-mail/Text: bankruptcy@clearviewfcu.org Dec 28 2019 02:25:18
                 Clearview Federal Credit Union,    8805 University Boulevard,    Moon Township, PA 15108-2580
13958059        E-mail/PDF: gecsedi@recoverycorp.com Dec 28 2019 02:27:17      JC Penney,    Po Box 965009,
                 Orlando, FL 32896-5009
13958054        E-mail/Text: JCAP_BNC_Notices@jcap.com Dec 28 2019 02:25:26      Fingerhut,
                 c/o Jefferson Capital Systems LLC,    16 McLeland Rd,    Saint Cloud, MN 56303
13981772        E-mail/Text: JCAP_BNC_Notices@jcap.com Dec 28 2019 02:25:26      Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
13958060       +E-mail/Text: bankruptcydpt@mcmcg.com Dec 28 2019 02:25:17      Midland Funding LLC,
                 8875 Aero Drive Suite 200,    San Diego, CA 92123-2255
14520086        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 28 2019 02:39:18
                 Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
14011263        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 28 2019 02:28:39
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13996581        E-mail/Text: bnc-quantum@quantum3group.com Dec 28 2019 02:25:06
                 Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
                 Kirkland, WA  98083-0788
13958064        E-mail/PDF: cbp@onemainfinancial.com Dec 28 2019 02:27:50      Springleaf Financial Services,
                 5888 Steubenville Pike,    Suite 1,   Mc Kees Rocks, PA 15136-1347
13961590        E-mail/PDF: cbp@onemainfinancial.com Dec 28 2019 02:28:32      Springleaf Financial Services,
                 PO Box 3251,    Evansville, IN 47731
13958066       +E-mail/PDF: gecsedi@recoverycorp.com Dec 28 2019 02:28:34      SYNCB/ Sams Club,    PO BOx 965005,
                 Orlando, FL 32896-5005
13974953       +E-mail/Text: bncmail@w-legal.com Dec 28 2019 02:25:24      TD BANK USA, N.A.,
                 C O WEINSTEIN,PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
```

```
District/off: 0315-2           User: jfur                   Page 2 of 2                   Date Rcvd: Dec 27, 2019
                               Form ID: 408                 Total Noticed: 43
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
                                                                                                      TOTAL: 16

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Duquesne Light Company
cr              MIDFIRST BANK
13958050        ##Collection SVC Center,    Po Box 1623,    Butler, PA 16003-1623
13958068        ##+Trident Asset Management,    53 Perimeter Center East,    Suite 440,    Atlanta, GA 30346-2230
                                                                                          TOTALS: 2, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2019                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 27, 2019 at the address(es) listed below:
```
              Andrew F Gornall    on behalf of Creditor    MIDFIRST BANK andygornall@latouflawfirm.com
              James   Warmbrodt    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
              Kenneth  Steidl    on behalf of Plaintiff Deborah L. Nagy julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
               eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
               inberg.com
              Kenneth  Steidl    on behalf of Debtor Alex R. Nagy julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
               eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
               inberg.com
              Kenneth  Steidl    on behalf of Joint Debtor Deborah L. Nagy julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
               eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
               inberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Reed James Davis    on behalf of Creditor    Davis Davis Attorneys Trustee ks@davislawgroup.co,
               rd@davislawgroup.us;lrn@davislawgroup.co
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                                       TOTAL: 11
```