IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:<br>Alex R. Nagy<br>Deborah L. Nagy<br>    Debtor(s)<br><br>Ronda J. Winnecour, Chapter 13 Trustee<br>    Movant(s)<br>    Vs.<br>Alex R. Nagy<br>Deborah L. Nagy<br>    Respondent(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 14-24608JAD<br>Chapter 13<br><br>Doc # __94__<br><br>FILED<br>12/27/19 11:49 am<br>CLERK<br>U.S. BANKRUPTCY<br>COURT - WDPA |

## WITHDRAWAL OF TRUSTEE'S MOTION TO DISMISS

The Motion to Dismiss that was filed in the above-referenced case on November 19, 2019 (document #89) is hereby WITHDRAWN.  The hearing scheduled for January 08, 2020 is cancelled.

Respectfully submitted

12/20/19    /s/ Ronda J. Winnecour

Ronda J. Winnecour (PA I.D. #30399)
Attorney and Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

So Ordered This 27th Day of December 2019


jsf

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
In re:                                                              Case No. 14-24608-JAD
Alex R. Nagy                                                        Chapter 13
Deborah L. Nagy
        Debtors                   CERTIFICATE OF NOTICE
District/off: 0315-2          User: dpas                 Page 1 of 2              Date Rcvd: Dec 27, 2019
                              Form ID: pdf900            Total Noticed: 43


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 29, 2019.
db/jdb         +Alex R. Nagy,    Deborah L. Nagy,    823 Davis Avenue,    Mc Kees Rocks, PA 15136-2601
cr             +Davis Davis Attorneys Trustee,    c/o Davis Law Group,    393 Vanadium Road, Suite 301,
                 Pittsburgh, PA 15243-1478
cr             +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
                 Pittsburgh, PA 15212-5860
13958038       +AAS Debt Recovery,    PO Box 129,    Monroeville, PA 15146-0129
13958040      ++ALLIED ADJUSTORS INC,    PO BOX 1006,    ALIQUIPPA PA 15001-0806
                 (address filed with court: Allied Adjusters,    845 23rd Street,    Aliquippa, PA 15001)
13958039       +Allegheny County Redevelopment Authority,    One Chatham Center, Suite 900,
                 112 Washington Place,    Pittsburgh, PA 15219-3458
13997593       +Allied Adjusters Inc.,    P.O. Box 1006,    Aliquippa, PA 15001-0806
13958057      ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
                 (address filed with court: Home Depot,    Po Box 182676,    Columbus, OH 43218-2676)
13958049      ++COLLECTION SERVICE CENTER INC BUTLER PA,    PO BOX 1623,    BUTLER PA 16003-1623
                 (address filed with court: Collection Service Center,    PO Box 1623,    Butler, PA 16003)
13958041        Capital One/Sears,    PO Box 30285,    Salt Lake City, UT 84130-0285
13958043       +Chase,   c/o Northland Group Inc,    PO Box 390846,    Minneapolis, MN 55439-0846
13958044        Chase-BP,   Cardmember Service,    P.O. Box 15153,    Wilmington, DE 19886-5153
13958046        Citibank,   Meridian Center,    Two Industrial Way West,    PO Box 500,
                 Eatontown, NJ 07724-0500
13958047        Citibank,   c/o Hayt, Hayt & Landau LLC,    Two Industrial Way West,    PO Box 500,
                 Eatontown, NJ 07724-0500
13958051       +Creditech,    50 N. 7th Street,    Bangor, PA 18013-1791
13963043       +Davis Davis Attorneys Trustee,    393 Vanadium Road, Suite 301,    Pittsburgh PA 15243-1478
13958052       +Davis, Davis Attorneys,    393 Vanadium Road,    Suite 300,    Pittsburgh, PA 15243-1478
13958053       +EOS CCA,   700 Longwater Drive,    Norwell, MA 02061-1624
13958055       +First Select Inc.,    Davis & Davis Attorney Trustee,    393 Vanadium Road,
                 Pittsburgh, PA 15243-1427
13958056       +First Select Inc.,    5040 Johnson Drive,    Pleasanton, CA 94588-3333
13958058        HSN Shopping,    PO Box 59707,    San Antonio, TX 78265-9709
14002245       +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
13958061       +Midland Funding LLC,    c/o Law Offices of Hayt, Hayt & Landau,    123 Broad Street,    Suite 1600,
                 Philadelphia, PA 19109-1037
13958062        Midland Mortgage,    PO Box 26648,    Oklahoma City, OK 73126-0648
13958063        NTB Credit Plan,    PO Box 6497,    Sioux Falls, SD 57117-6497
13958065        Stoneleigh Recovery Associates,    c/o Conseco Associates,    PO box 1479,
                 Lombard, IL 60148-8479
13958067       +Target Card,    PO Box 660170,    Dallas, TX 75266-0170

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 28 2019 02:27:22
                 PRA Receivables Management, LLC,    PO Box 41067,    Norfolk, VA 23541-1067
13990173        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 28 2019 02:27:55      Capital One, N.A.,
                 PO Box 71083,    Charlotte, NC  28272-1083
13958042        E-mail/PDF: gecsedi@recoverycorp.com Dec 28 2019 02:27:51      Care Credit/Synchrony Bank,
                 PO Box 965033,    Orlando, FL 32896-5033
13958045       +E-mail/Text: JCAP_BNC_Notices@jcap.com Dec 28 2019 02:25:25      Citibank,
                 c/o Jefferson Capital Systems LLC,    16 McLeland Rd,    Saint Cloud, MN 56303-2198
13958048        E-mail/Text: bankruptcy@clearviewfcu.org Dec 28 2019 02:25:18
                 Clearview Federal Credit Union,    8805 University Boulevard,    Moon Township, PA 15108-2580
13958059        E-mail/PDF: gecsedi@recoverycorp.com Dec 28 2019 02:27:51      JC Penney,    Po Box 965009,
                 Orlando, FL 32896-5009
13958054        E-mail/Text: JCAP_BNC_Notices@jcap.com Dec 28 2019 02:25:25      Fingerhut,
                 c/o Jefferson Capital Systems LLC,    16 McLeland Rd,    Saint Cloud, MN 56303
13981772        E-mail/Text: JCAP_BNC_Notices@jcap.com Dec 28 2019 02:25:25      Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
13958060       +E-mail/Text: bankruptcydpt@mcmcg.com Dec 28 2019 02:25:17      Midland Funding LLC,
                 8875 Aero Drive Suite 200,    San Diego, CA 92123-2255
14520086        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 28 2019 02:27:22
                 Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
14011263        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 28 2019 02:27:22
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13996581        E-mail/Text: bnc-quantum@quantum3group.com Dec 28 2019 02:25:05
                 Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
                 Kirkland, WA  98083-0788
13958064        E-mail/PDF: cbp@onemainfinancial.com Dec 28 2019 02:28:30      Springleaf Financial Services,
                 5888 Steubenville Pike,    Suite 1,    Mc Kees Rocks, PA 15136-1347
13961590        E-mail/PDF: cbp@onemainfinancial.com Dec 28 2019 02:27:14      Springleaf Financial Services,
                 PO Box 3251,    Evansville, IN 47731
13958066       +E-mail/PDF: gecsedi@recoverycorp.com Dec 28 2019 02:27:51      SYNCB/ Sams Club,    PO BOx 965005,
                 Orlando, FL 32896-5005
13974953       +E-mail/Text: bncmail@w-legal.com Dec 28 2019 02:25:24      TD BANK USA, N.A.,
                 C O WEINSTEIN,PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
```

```
District/off: 0315-2              User: dpas                  Page 2 of 2                  Date Rcvd: Dec 27, 2019
                                  Form ID: pdf900             Total Noticed: 43
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

TOTAL: 16

```
                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Duquesne Light Company
cr              MIDFIRST BANK
13958050        ##Collection SVC Center,    Po Box 1623,    Butler, PA 16003-1623
13958068        ##+Trident Asset Management,    53 Perimeter Center East,    Suite 440,    Atlanta, GA 30346-2230
```

TOTALS: 2, * 0, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 27, 2019 at the address(es) listed below:

```
              Andrew F Gornall    on behalf of Creditor    MIDFIRST BANK andygornall@latouflawfirm.com
              James   Warmbrodt     on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
              Kenneth   Steidl    on behalf of Plaintiff Deborah L. Nagy julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
               eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
               inberg.com
              Kenneth   Steidl    on behalf of Debtor Alex R. Nagy julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
               eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
               inberg.com
              Kenneth   Steidl    on behalf of Joint Debtor Deborah L. Nagy julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
               eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
               inberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Reed James Davis    on behalf of Creditor    Davis Davis Attorneys Trustee ks@davislawgroup.co,
               rd@davislawgroup.us;lrn@davislawgroup.co
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
```

TOTAL: 11