**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    ALEX R. NAGY
    DEBORAH L. NAGY
        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

**DEFAULT O/E JAD**

Case No.:14-24608 JAD

Chapter 13

Document No.: 96

FILED
1/30/20 11:58 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

ORDER OF COURT

    AND NOW, this __30th__ day of __January__, 20__20__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

jsf

U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                 Case No. 14-24608-JAD
Alex R. Nagy                                                                           Chapter 13
Deborah L. Nagy
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dpas              Page 1 of 2              Date Rcvd: Jan 30, 2020
                              Form ID: pdf900         Total Noticed: 43

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 01, 2020.
```
db/jdb         +Alex R. Nagy,    Deborah L. Nagy,    823 Davis Avenue,    Mc Kees Rocks, PA 15136-2601
cr             +Davis Davis Attorneys Trustee,    c/o Davis Law Group,    393 Vanadium Road, Suite 301,
                 Pittsburgh, PA 15243-1478
cr             +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
                 Pittsburgh, PA 15212-5860
13958038       +AAS Debt Recovery,    PO Box 129,    Monroeville, PA 15146-0129
13958040      ++ALLIED ADJUSTORS INC,    PO BOX 1006,    ALIQUIPPA PA 15001-0806
               (address filed with court: Allied Adjustors,     845 23rd Street,    Aliquippa, PA 15001)
13958039       +Allegheny County Redevelopment Authority,    One Chatham Center, Suite 900,
                 112 Washington Place,    Pittsburgh, PA 15219-3458
13997593       +Allied Adjusters Inc.,    P.O. Box 1006,    Aliquippa, PA 15001-0806
13958057      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: Home Depot,     Po Box 182676,    Columbus, OH 43218-2676)
13958049      ++COLLECTION SERVICE CENTER INC BUTLER PA,    PO BOX 1623,    BUTLER PA 16003-1623
               (address filed with court: Collection Service Center,     PO Box 1623,   Butler, PA 16003)
13958041        Capital One/Sears,    PO Box 30285,    Salt Lake City, UT 84130-0285
13958043       +Chase,   c/o Northland Group Inc,    PO Box 390846,    Minneapolis, MN 55439-0846
13958044        Chase-BP,   Cardmember Service,    P.O. Box 15153,    Wilmington, DE 19886-5153
13958046        Citibank,    Meridian Center,    Two Industrial Way West,    PO Box 500,
                 Eatontown, NJ 07724-0500
13958047        Citibank,    c/o Hayt, Hayt & Landau LLC,    Two Industrial Way West,    PO Box 500,
                 Eatontown, NJ 07724-0500
13958051       +Creditech,    50 N. 7th Street,    Bangor, PA 18013-1791
13963043       +Davis Davis Attorneys Trustee,    393 Vanadium Road, Suite 301,    Pittsburgh PA 15243-1478
13958052       +Davis, Davis Attorneys,    393 Vanadium Road,    Suite 300,    Pittsburgh, PA 15243-1478
13958053       +EOS CCA,    700 Longwater Drive,    Norwell, MA 02061-1624
13958056       +First Select Inc.,    5040 Johnson Drive,    Pleasanton, CA 94588-3333
13958055       +First Select Inc.,    Davis & Davis Attorney Trustee,    393 Vanadium Road,
                 Pittsburgh, PA 15243-1427
13958058        HSN Shopping,    PO Box 59707,    San Antonio, TX 78265-9709
14002245       +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
13958061       +Midland Funding LLC,    c/o Law Offices of Hayt, Hayt & Landau,    123 Broad Street,    Suite 1600,
                 Philadelphia, PA 19109-1037
13958062        Midland Mortgage,    PO Box 26648,    Oklahoma City, OK 73126-0648
13958063        NTB Credit Plan,    PO Box 6497,    Sioux Falls, SD 57117-6497
13958065        Stoneleigh Recovery Associates,    c/o Conseco Associates,    PO box 1479,
                 Lombard, IL 60148-8479
13958067       +Target Card,    PO Box 660170,    Dallas, TX 75266-0170
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 31 2020 03:18:14
                 PRA Receivables Management, LLC,    PO Box 41067,    Norfolk, VA 23541-1067
13990173        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 31 2020 03:18:09      Capital One, N.A.,
                 PO Box 71083,    Charlotte, NC 28272-1083
13958042        E-mail/PDF: gecsedi@recoverycorp.com Jan 31 2020 03:17:30      Care Credit/Synchrony Bank,
                 PO Box 965033,    Orlando, FL 32896-5033
13958045       +E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 31 2020 03:16:18      Citibank,
                 c/o Jefferson Capital Systems LLC,    16 McLeland Rd,    Saint Cloud, MN 56303-2198
13958048        E-mail/Text: bankruptcy@clearviewfcu.org Jan 31 2020 03:16:01
                 Clearview Federal Credit Union,    8805 University Boulevard,    Moon Township, PA 15108-2580
13958059        E-mail/PDF: gecsedi@recoverycorp.com Jan 31 2020 03:17:31      JC Penney,    Po Box 965009,
                 Orlando, FL 32896-5009
13958054        E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 31 2020 03:16:18      Fingerhut,
                 c/o Jefferson Capital Systems LLC,    16 McLeland Rd,    Saint Cloud, MN 56303
13981772        E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 31 2020 03:16:19      Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
13958060       +E-mail/Text: bankruptcydpt@mcmcg.com Jan 31 2020 03:16:01      Midland Funding LLC,
                 8875 Aero Drive Suite 200,    San Diego, CA 92123-2255
14520086        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 31 2020 03:18:49
                 Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
14011263        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 31 2020 03:18:13
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13996581        E-mail/Text: bnc-quantum@quantum3group.com Jan 31 2020 03:15:41
                 Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
                 Kirkland, WA 98083-0788
13958064        E-mail/PDF: cbp@onemainfinancial.com Jan 31 2020 03:17:25      Springleaf Financial Services,
                 5888 Steubenville Pike,    Suite 1,    Mc Kees Rocks, PA 15136-1347
13961590        E-mail/PDF: cbp@onemainfinancial.com Jan 31 2020 03:17:25      Springleaf Financial Services,
                 PO Box 3251,    Evansville, IN 47731
13958066       +E-mail/PDF: gecsedi@recoverycorp.com Jan 31 2020 03:18:38      SYNCB/ Sams Club,    PO BOx 965005,
                 Orlando, FL 32896-5005
13974953       +E-mail/Text: bncmail@w-legal.com Jan 31 2020 03:16:14      TD BANK USA, N.A.,
                 C O WEINSTEIN,PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
```

```
District/off: 0315-2              User: dpas                  Page 2 of 2                  Date Rcvd: Jan 30, 2020
                                  Form ID: pdf900             Total Noticed: 43
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

TOTAL: 16

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Duquesne Light Company
cr              MIDFIRST BANK
13958050        ##Collection SVC Center,    Po Box 1623,    Butler, PA 16003-1623
13958068        ##+Trident Asset Management,    53 Perimeter Center East,    Suite 440,    Atlanta, GA 30346-2230
                                                                          TOTALS: 2, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 30, 2020 at the address(es) listed below:

```
              Andrew F Gornall    on behalf of Creditor    MIDFIRST BANK andygornall@latouflawfirm.com
              James   Warmbrodt    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
              Kenneth   Steidl    on behalf of Plaintiff Deborah L. Nagy julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;jfriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
               eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
               inberg.com
              Kenneth   Steidl    on behalf of Debtor Alex R. Nagy julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;jfriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
               eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
               inberg.com
              Kenneth   Steidl    on behalf of Joint Debtor Deborah L. Nagy julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;jfriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
               eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
               inberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Reed James Davis    on behalf of Creditor    Davis Davis Attorneys Trustee ks@davislawgroup.co,
               rd@davislawgroup.us;lrn@davislawgroup.co
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                          TOTAL: 11
```